# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 1:11-cr-11 |
|       PLAINTIFF, | : | |
| | : | |
| v. | : | |
| | : | |
| DEMETRIUS FAIN, | : | |
|       DEFENDANT. | : | |

## FINAL ORDER OF FORFEITURE

On June 27, 2011, the Court entered a Preliminary Order of Forfeiture (Doc. 18) finding that all right, title, and interest of the defendant in all firearms and ammunition involved in the offense, including a Glock, model 21C, .45 caliber, semi-automatic pistol, bearing serial number KXA710, loaded with thirteen rounds of ammunition (the "subject property") had been forfeited to the United States under 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c); directing the United States to seize the property; and directing the United States to give notice of its intent to forfeit the property, including posting notice of this criminal forfeiture action on the United States' forfeiture website www.forfeiture.gov for 30 consecutive days.

The United States gave electronic notice through the CM/ECF notification system of the Motion for Preliminary Order of Forfeiture to counsel for Demetrius Fain, and he did not object to the forfeiture of the subject property.

Notice of the forfeiture was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on June 30, 2011 and ending on July 29, 2011 (Doc. 24).

The United States represents that it knows of no other potential claimants to the subject property to whom it need give direct written notice.

No person or entity has filed a timely petition with the Court asserting any interest in the subject property or objecting to its proposed forfeiture.

Therefore, it is hereby

ORDERED that all right, title, and interest in the subject property is condemned and forfeited to the United States under 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c) and no right, title, or interest shall remain in any other person or entity.

It is further ORDERED that the United States shall dispose of the subject property in accordance with the law.


Date: January 17, 2012                              s/Sandra S. Beckwith
                                                    Sandra S. Beckwith, Senior Judge
                                                    United States District Court